IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICK WAYNE NACOL**                                                                  **PLAINTIFF**

V.                                                                   CIVIL NO. 1:14cv275-HSO-RHW

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security                                        **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on United States Magistrate Judge Robert Walker's December 11, 2015, Proposed Findings of Fact and Recommendation [14]. The Court, after a full review and consideration of the record in this case, and relevant legal authorities, finds that in accord with its Order Adopting Magistrate Judge's Proposed Findings of Fact and Recommendation [14], Denying Plaintiff Patrick Wayne Nacol's Motion for Judgment on the Pleadings [9], and Affirming Decision of Commissioner, entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this 25th day of January, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE